Charles Adlai Rich
Attorney at Law
Rich and Low, L.L.C.
4144 N. Central Expressway #515
Dallas, TX 75204
Ph: 214-651-8333
Fx: 214-651-8305
State Bar No. 24029795
Attorney for RF Video



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 1 6 2004
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT

Northern District of Texas, Dallas Division

| | | |
|---|---|---|
| JAMES PAPA | § | Docket No. 304CV-299-N |
| | § | |
| vs. | § | |
| | § | ANSWER OF RF VIDEO |
| ROBERT FEINSTEIN D/B/A RF VIDEO | § | |

## ADMISSIONS AND DENIALS

1. Defendant is without sufficient information to admit or deny paragraphs 1A and 4A.

2. Defendant denies each and every allegation in paragraphs 1B, 2A, 2B, 3A, 4B, 4C, 4D, 4E, 4F, 4G, 5B, 5C, 5D, 5E, 6A, 6B, 6C, 6D, 6E, 6F, 6G, 6H, 7A, 7B, 7C, 7D, 7E, 8A, 9A(1), 9A(2), 9A(3), 9A(4), 9A(5), 9A(6), 9A(7), 9B(1), 9B(2), 9B(3), 9B(4), 9B(5), 9B(6).

## AFFIRMATIVE DEFENSES

1. As a first affirmative defense, defendant alleges accord and satisfaction.

2. As a second affirmative defense, defendant alleges assumption of risk.

3. As a third affirmative defense, defendant alleges contributory negligence.

4. As a fourth affirmative defense, defendant alleges fraud.

5. As a fifth affirmative defense, defendant alleges illegality.

6. As a sixth affirmative defense, defendant alleges laches.

7. As a seventh affirmative defense, defendant alleges payment.

8. As an eighth affirmative defense, defendant alleges statute of frauds.

9. As a ninth affirmative defense, defendant alleges waiver.

10. As its tenth affirmative defense, defendant alleges comparative fault of a phantom party.

11. As its eleventh affirmative defense, defendant alleges failure to mitigate damages.

12. As its twelfth affirmative defense, defendant alleges mutual mistake.

13. As its thirteenth affirmative defense, defendant alleges patent misused.

14. As its fifteenth affirmative defense, defendant alleges that there is no copyright or in the alternative, that the copyright has expired, or in the alternative, that the copyright is not enforceable.

WHEREFORE, Defendant prays judgment as follows:

## PRAYER

Defendant prays that:

1. Plaintiff take nothing by its complaint.

2. Plaintiff's complaint be dismissed with prejudice.

3. Defendant be awarded their reasonable attorney's fees and expenses.

4. Defendant be awarded pre-and post-judgment interest as allowed by law.

5. Defendant be awarded its costs of suit.

6. Defendant be granted any other further relief that the Court deems just and proper.

Dated:   April 16, 2004

Respectfully Submitted

Charles Adlai Rich
Attorney at Law
Rich and Low, L.L.C.
4144 N. Central Expressway #515
Dallas, TX  75204
Ph:    214-651-8333
Fx:    214-651-8305
State Bar No.  24029795
Attorney for RF Video

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Federal Rules of Civil Procedure on April _16_, 2004.

Grey Pierson
Pierson Behr Attorneys
301 W. Abrams Street
Arlington, Texas 76010

_____
Charles Adlai Rich
Attorney for Defendant